UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SV WIND-DOWN CORP.,<br><br>                                Plaintiff,<br><br>                  -v.-<br><br>GREAT STAR TOOLS, USA, INC.,<br><br>                                Defendant. | 21 Civ. 8658 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The telephone conference scheduled for December 21, 2021, is hereby ADJOURNED to January 13, 2022, at 10:00 a.m. The dial-in information is as follows: At 10:00 a.m., the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 10:00 a.m.

SO ORDERED.

Dated:  December 20, 2021
         New York, New York

                                                  _____
                                                  KATHERINE POLK FAILLA
                                                  United States District Judge